UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GEORGE TROFIMOFF, | No. CV 11-02964-AHM (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: September 23, 2011

A. HOWARD MATZ
SENIOR UNITED STATES DISTRICT JUDGE

**JS-6**